# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-134 JST (FFM) | Date | February 17, 2011 |
|---|---|---|---|
| Title | RICKY LAMAR ARMENDARIZ v. LELAND MCEWEN, WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 21, 2011, the Court issued an Order Dismissing Petition with Leave to Amend.  Pursuant to that order, respondent was required to file a notice of appearance by February 4, 2011.  As of today's date, respondent has failed to file a notice of appearance. Respondent is ordered to file a notice of appearance by March 3, 2011 or show cause in writing why sanctions should not be imposed for failure to comply with a Court order.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer          JM